UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PETER LEE                          :

    v.                             :        CASE NO. 3:04CV2143 (AWT)

ONESOURCE INFORMATION              :
SERVICES, INC.


<u>JUDGMENT</u>

    This action came before the court for a trial by jury before the Honorable Alvin W. Thompson, United States District Judge presiding, and the issues having been duly tried, and the jury having rendered its verdict in favor of the plaintiff and against the defendant, and it is hereby

    ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff Peter Lee, in the amount of $399,665.00 for compensatory damages, plus statutory interest and costs.

    Dated at Hartford, Connecticut, this 15th day of May, 2008.

                                      ROBERTA D. TABORA, Clerk
                                      United States District Court


                                      By    /s/  SLS
                                            Sandra Smith
                                            Deputy Clerk